ADELAIDE COLLINS, an Infant over the Age of Fourteen Years, by JOHN B. COLLINS, Her Guardian ad Litem, and JOHN B. COLLINS, Appellants, v. THE CITY OF NEW YORK, Respondent.— Action by an infant plaintiff to recover damages for personal injuries and by her father to recover for loss of services and medical expenses. Plaintiffs appeal from a judgment dismissing the complaint, without prejudice and without costs. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ORA COMBES, Appellant, v. HENRY COMBES, Respondent.— Plaintiff appeals from an order denying her motion for alimony and counsel fee in an action for separation. Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

SIMONE CURATOLA, Appellant, v. EMMA CURATOLA, Respondent.— In an action to annul a marriage on the ground of fraud, judgment in favor of defendant on the merits and order denying plaintiff's motion for a new trial on the ground of newly-discovered evidence, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ALICE DUGAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries sustained by plaintiff, who fell by reason of oil and grease upon a sidewalk in front of a garage. The evidence warranted the inference that the general dangerous situation created thereby had existed for a considerable period of time. Judgment in favor of the plaintiff against defendant, entered upon a verdict, unanimously affirmed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

EASTLAND REALTY CORPORATION, Appellant, v. COUNTY OF SUFFOLK, Respondent.— Action in equity, brought to obtain, because of alleged fraud practiced by the defendant upon the plaintiff, the rescission in equity of a transaction between the parties on April 14, 1927, incident to which the defendant county conveyed to the plaintiff by quitclaim deed certain real property theretofore purchased by the defendant at various tax sales. Judgment in favor of defendant dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant, v. MARY E. CURRY and Others, Defendants; JOHN L. REITER, as Receiver, etc., GREAT AMERICAN INDEMNITY COMPANY and CITIES SERVICE ASPHALT PRODUCTS Co., Respondents.— Appeal from an order confirming the report of an official referee on the accounting of a receiver of rents in a foreclosure action. The receiver has on hand $71.48. There is an unpaid bill amounting to $188.46; the receiver's fees were fixed at $71.95 and his lawyer's fee at $50, making a total of $310.41, leaving a deficit of $238.93, which the order directs the plaintiff to pay to the receiver. Order modified by striking out the direction that plaintiff pay to the receiver the sum of $238.93 and the directions for the disbursement of that sum and the sum on hand, and by providing that the sum of $71.48 in the hands of the receiver be paid to City Service Asphalt Products Co., and that the confirmation of the referee's report be limited accordingly; and, as so modified, the order is affirmed, without costs. (Title Guarantee & Trust Co. v. Koralek, 247 App. Div. 915; Title Guarantee & Trust Co. v. Abrams, 248 id. 595.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.